UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cr-00132-SEB-TAB |
| | ) | |
| MICHAEL BARATTA, | ) -04 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation that Michael Baratta's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of thirty-six (36) months in the custody of the Attorney General or his designee, with a lifetime of supervised release to follow. Defendant Baratta is to be taken into custody immediately. The Court makes the recommendation of placement at FCI Elkton. In addition to the mandatory conditions of supervision, the conditions of supervised release outlined in the Report and Recommendation will be imposed.

**SO ORDERED.**

Date: _____2/4/2022_____                 _____
                                                                        SARAH EVANS BARKER, JUDGE
                                                                        United States District Court
                                                                        Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service